**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 7, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

TANNER SHOLES,

    Plaintiff - Appellee,

v.

DALTON CAUDELL, et al.,

    Defendants - Appellants.

THE CITY OF CRAIG COLORADO, et al.,

    Defendants.

No. 25-1175
(D.C. No. 1:24-CV-01664-STV)
(D. Colo.)

_____

TANNER SHOLES,

    Plaintiff - Appellee,

v.

CHIP MCINTYRE, et al.,

    Defendants - Appellants,

and

THE CITY OF CRAIG COLORADO, et al.,

    Defendants.

No. 25-1176
(D.C. No. 1:24-CV-01664-STV)
(D. Colo.)

_____

**ORDER**

_____

These appeals are before the court sua sponte following the opening of these appeals, receipt and review of the docketing statement in appeal no. 25-1176, and review of the district court docket in case no. 1:24-cv-01664-STV.

The appellants in both of these appeals filed motions to dismiss the complaint, asserting qualified immunity. [ECF Nos. 33, 34]. The district court entered a single order [ECF No. 41] addressing each of the motions to dismiss. Separately, the above-captioned appellants filed notices of appeal, all seeking to appeal the district court's order on the motions to dismiss. [ECF Nos. 44 (notice of appeal underlying appeal no. 25-1176); 45 (notice of appeal underlying appeal no. 25-1175)].

Upon consideration, the court consolidates appeal nos. 25-1175 and 25-1176 for the procedural purposes of preparation and filing of an appendix, submission to the court, and argument, if scheduled. The court encourages consolidated briefing, as set forth below.

**Preliminary Documents**

To the extent not already filed, all preliminary documents identified in the court's case-opening correspondence remain due on the dates set forth in the case-opening correspondence. *See* Dkt. No. 1 in each appeal (May 1, 2025 correspondence).[1] Given

---

[1] For purposes of this order, the court identifies material on the district court docket as "ECF No. XX" and material on the Tenth Circuit docket as "Dkt. No. XX."

the court's directive concerning a single, joint appendix, *see infra*, the parties may elect to file separate transcript order forms or may elect to file a single, consolidated transcript order form.

### **Appendix**

The parties shall prepare and file a single, consolidated joint appendix. All parties shall confer concerning the preparation and filing of a consolidated joint appendix that contains all portions of the district court's records necessary for this court's disposition of both appeals. *See* 10th Cir. R. 30. The consolidated joint appendix shall be filed at the same time as the earliest in time opening brief is filed.

### **Briefing**

Once the court has received notice from the district court that the record is complete for purposes of appeal in both appeals, the court will set a single due date for the opening brief(s). The appellants shall confer concerning the possibility of filing a single, consolidated opening brief, and are encouraged to file a single, consolidated opening brief, to the extent practicable. *See* 10th Cir. R. 31.3. Any such consolidated opening brief would be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

The appellee shall give thought to whether a single, consolidated response brief can be filed. Appellee is encouraged to file a single, consolidated response brief, to the extent practicable. *See* 10th Cir. R. 31.3. Any such consolidated response brief would be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

Appellants shall likewise confer concerning the possibility of filing a single, consolidated reply brief. *See* 10th Cir. R. 31.3. Any such consolidated reply brief would be subject to the type/volume limitations applicable to a single brief, *see* Fed. R. App. P. 32(a)(7), unless the court orders otherwise.

### **Filing and Captioning of Documents**

With the specific exception of the docketing statement due to be filed in appeal no. 25-1175, all future documents filed in these procedurally-consolidated appeals—including all briefs and the joint appendix—shall be captioned for, and filed in, both appeals, unless good cause exists to file a document in only one of the appeals.

### **Argument and Decision**

Upon completion of briefing, both appeals will be submitted to the same panel of judges for decision. To the extent the court directs the parties to present oral argument in these appeals, both appeals will be set for oral argument on the same day and before the same panel.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk