UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Tenth Circuit Appellate Case No: 25-1175

*Consolidated with Appeal No: 25-1176*

TANNER SHOLES,

    Appellee,

v.

MCINTYRE, et al

    Appellants

**NOTICE OF PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL IN RELATED CIVIL ACTION 1:24-CV-01664-STV**

    Kishinevsky & Raykin, LLC, hereby notifies the Court and Parties of its, and all associated employees', Motion to Withdraw in related civil action 1:24-CV-01664-STV.

    1. On April 30, 2025, Defendants Chip McIntyre, Kurtis Luster, Nate Businger, Brandon Montoya, Matt Hammer filed Notice of Appeal in related civil action 1:24-CV-01664-STV, initiating this action.

    2. The same day Defendants Tracey Mendoza, Dalton Caudell also filed Notice of Appeal in 1:24-CV-01664-STV.

    3. On May 1, 2025, the Court ordered the parties to file their entries of appearance by May 15, 2025, pursuant to Docket Entry #1.

    4. On May 5, 2025, Plaintiff informed counsel, Kishinevsky & Raykin, LLC of his decision to terminate representation.

5. On May 5, 2025, Counsel, Elizabeth Wang entered her appearance in civil action 1:24-CV-01664-STV on behalf of Plaintiff:

> Elizabeth Wang
> Loevy & Loevy
> 2060 Broadway Street
> Suite 460
> Boulder, CO 80302
> 720-328-5642
> Fax: 312-243-5902
> Email: elizabethw@loevy.com

6. On May 7, 2025, Kishinevsky & Raykin, LLC, provided Ms. Wang with the Plaintiff's file.

7. On May 7, 2025, Kishinevsky & Raykin, LLC received the following notices in this matter:

   a. Acknowledgement of Transcript Order filed by Defendants Nate Businger, Matt Hammer, Kurtis Luster, Chip McIntyre, and Bandon Montoya.

   b. Docketing Statement filed by Defendants Nate Businger, Matt Hammer, Kurtis Luster, Chip McIntyre, and Bandon Montoya.

   c. Minute Order filed by Jeffery P. Colwell, Clerk of Court.

   d. Entry of Appearance by David M. Goddard for Defendants Chip McIntyre, Kurtis Luster, Nate Businger, Brandon Montoya and Matt Hammer.

   e. Docket Entry #2, consolidating appeals nos. 25-1175 and 25-1176.

   f. Record complete.

8. On May 8, 2025, Kishinevsky & Raykin filed Motion to Withdraw as Counsel in related civil action 1:24-CV-01664-STV.

9. The Motion to Withdraw as Counsel advised the client Plaintiff of the notification requirements set forth in D.C.COLO.LAttyR 5(b).

**WHEREFORE,** counsel Kishinevksy & Raykin, LLC respectfully notifies the Court and all Parties of its intent to seek withdrawal and the entry of Loevy & Loevy, as counsel on behalf of the Plaintiff.

Respectfully submitted this May 8, 2025.

>By: *s/Igor Raykin*
>Igor Raykin
>Conor O'Donnell
>2581 S. Parker Rd., Ste. 150
>(720) 863-4256
>igor@coloradolawteam.com
>conor@coloradolawteam.com

## **CERTIFICATE OF SERVICE**

    I certify that on May 8, 2025, a true and correct copy of the foregoing Motion to Withdraw as Counsel was filed via the Court's CM/ECF system and served upon all parties of record.

*s/Krystle Jennings*
Krystle Jennings,
Paralegal
Kishinevsky & Raykin, LLC
